UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT LEWANDOWSKI, on behalf
of minor children K.L., A.L., and M.L.,

    Plaintiffs,

                                                 Case No. 21-12316

v.

                                                 HON. DENISE PAGE HOOD

SOUTHGATE COMMUNITY
SCHOOLS BOARD OF
EDUCATION, et al.,

    Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S
CAUSE OF ACTION WITHOUT PREJUDICE**

On January 12, 2022, the Court entered an Order that stated, among other things:

> IT IS FURTHER ORDERED that, because established law prevents Plaintiffs' parents from representing Plaintiffs in this matter, Plaintiffs shall have 45 days to obtain legal counsel to represent them in this matter. <u>If no attorney files an appearance on Plaintiffs' behalf on or before February 28, 2022, Plaintiffs' cause of action will be dismissed without prejudice</u>.

ECF No. 27, PageID.508 (emphasis added).

As of the date of this Order, no attorney has filed an appearance on behalf of Plaintiffs. Accordingly,

1

IT IS ORDERED that Plaintiffs' cause of action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: March 16, 2022

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

2